ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| L.P.C. & D, INC.<br><br>Recurrida<br><br>v.<br><br>AUTORIDAD DE LOS PUERTOS DE PUERTO RICO<br><br>Peticionaria | KLCE202401014 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de San Juan<br><br>Caso Núm.: SJ2022CV00425<br><br>Sobre: Cobro de Dinero |

Panel integrado por su presidente el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo

## RESOLUCIÓN

En San Juan, Puerto Rico, a 25 de octubre de 2024.

Considerado el recurso de *Certiorari*, presentado por la parte peticionaria, Autoridad de los Puertos de Puerto Rico, *denegamos* su expedición. Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1.[1]

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Dispone en lo aquí pertinente:
**Al denegar la expedición de un recurso de *certiorari* en estos casos, el Tribunal de Apelaciones no tiene que fundamentar su decisión.**

Número Identificador

RES2024_____